UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN DAMOND

VERSUS

SID GAUTREAUX, ET AL.

CIVIL ACTION

24-808-SDD-RLB

## RULING AND ORDER

The Court has carefully considered the motions,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 6, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Defendants' *Motion to Dismiss* (R. Doc. 22) is **GRANTED IN PART AND DENIED IN PART** dismissing Counts 3, 6, 7 and 9 **with prejudice.**

**IT IS FURTHER ORDERED** that within 21 days, Plaintiff is **ordered to file an Amended Complaint** amending the allegations in **Counts 1, 2, 4, 5, and 8** and addressing the deficiencies set forth in the Magistrate's *Report and Recommendation*.

**IT IS FURTHER ORDERED** that should Plaintiff fail to file an Amended Complaint as ordered, Counts 1, 2, 4, 5, and 8 shall also be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that any allegations against Defendant "Holmes" are **DISMISSED WITHOUT PREJUDICE** for insufficiency of the pleadings and failure to serve.

---

[1] Rec. Doc. 22 and 25.
[2] Rec. Doc. 32.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Convert (R. Doc. 25) is **DENIED AS MOOT**, with its contents having been considered in opposition to the defendants Motion to Dismiss.

Signed in Baton Rouge, Louisiana, on this 27 day of August, 2025.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA