UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN DAMOND

VERSUS

SID GAUTREAUX, ET AL.

CIVIL ACTION

24-808-SDD-RLB

## RULING AND ORDER

The Court has carefully considered the motion,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated July 30, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the Motion to Dismiss (R. Doc. 10) is **GRANTED**, with all of Plaintiff's claims against the City and Parish being **DISMISSED WITH PREJUDICE.**

Signed in Baton Rouge, Louisiana, on this 27 day of August, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 31.